**Order entered November 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00607-CV

### PETER BEASLEY, Appellant

### V.

### SOCIETY OF INFORMATION MANAGEMENT, DALLAS AREA CHAPTER; JANIS O'BRYAN; AND, NELLSON BURNS, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1 8-05278**

## ORDER

Before the Court are appellant's October 16, 2019 motion to strike appellees' brief and appellees' October 21, 2019 response; appellant's October 17, 2019 opposed first supplemental motion to consolidate appeals; and, appellant's November 5, 2019 unopposed motion for extension of time to file amended brief.   We rule as follows.

As we granted appellant's motion to consolidate appeals on October 17, 2019, we **DENY** the first supplemental motion as moot.  We also **DENY** appellant's motion to strike.  We **GRANT** the motion for extension of time and **ORDER** appellant's second amended brief, received November 4, 2019, filed as of the date of this order.

Appellees' amended brief, if any, shall be filed no later than November 21, 2019.

/s/     KEN MOLBERG
JUSTICE